UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO:     15-00197 |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, L.L.C. ET AL | SECTION: "H" (4) |

**ORDER**

**IT IS ORDERED** that the telephone discovery conference set (R. Doc. 427) for September 14, 2018, at 1:00 p.m. is **HEREBY CONTINUED** until **October 5, 2018, at 1:30 p.m.** Counsel may dial-in by calling **(866)410-9426**. The conference code **202.616.6523** should then be entered.

New Orleans, Louisiana, this 13th day of September 2018.

**KAREN WELLS ROBY
CHIEF UNITED STATES MAGISTRATE JUDGE**